B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

In re: Arnaldo Docena            Case No. 12-42114
     Elena Docena

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wells Fargo Bank National Association | American Home Mortgage Servicing, Inc |
| C/O OCWEN LOAN SERVICING, LLC | Bankruptcy Department |
| | 1525 S Beltline Rd, Suite 100-N |
| | Coppell, TX 75019 |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

Court Claim # (if known): 4-1
Amount of Claim: $619997.33
Date Claim Filed: 03/28/2012

Phone:    1-888-554-6599
Last Four Digits of Acct #:   1473

Phone:   NA
Last Four Digits of Acct. #:   1260

Name and Address where transferee payments
Should be sent (if different from above):
Ocwen Loan Servicing, LLC
Attn: Cashiering Department
P.O. Box 24781
West Palm Beach, FL 33416-4781

Phone:    1-888-554-6599
Last Four Digits of Acct #:   1473

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Vanessa Mass     Date: 10/09/13
    Transferee/Transferee's Agent
    Contract Management Coordinator

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case: 12-42114    Doc# 18    Filed: 10/09/13    Entered: 10/09/13 12:16:23    Page 1 of 7



## LIMITED POWER OF ATTORNEY

2730

1. Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its individual or banking capacity, but solely in its capacity as Trustee (the "Trustee") of those certain trusts set forth on the attached **Exhibit A** (each, a "Trust," and collectively, the "Trusts") under the respective Pooling and Servicing Agreements and/or Indentures and any related governing transactional and servicing agreement(s) (collectively, the "Agreements") hereby constitutes and appoints:

HOMEWARD RESIDENTIAL, INC.

f/k/a American Home Mortgage Servicing, Inc., solely in its capacity as the Servicer under the Agreements, as its true and lawful attorney-in-fact, acting by and through its authorized officers, with full authority and power to execute and deliver on behalf of the Trustee any and all of the following instruments to the extent consistent with the terms and conditions of the Agreements:

   (i) all documents with respect to residential mortgage loans serviced for the Trust by the Servicer which are customarily and reasonably necessary and appropriate for the satisfaction, cancellation, or partial or full release of any mortgages, deeds of trust, or deeds to secure debt upon payment and discharge of all sums secured thereby;

   (ii) all documents and instruments necessary to conduct any (a) foreclosure, or (b) the taking of any deed in lieu of foreclosure, or (c) any judicial or non-judicial foreclosure or termination, cancellation, or rescission of any such foreclosure, or (d) any similar procedure (collectively, as applicable, a "Foreclosure");

   (iii) all documents and instruments necessary in the appearance and prosecution of bankruptcy proceedings;

   (iv) instruments appointing one or more substitute trustees or special purpose entities ("SPEs") to act in place of the corresponding entity named in any deed of trust;

   (v) affidavits of debt, notice of default, declaration of default, notices of foreclosure, and all such contracts, agreements, deeds, and instruments as are appropriate to (a) maintain any real property acquired through Foreclosure, or (b) effect any sale, transfer, or disposition of real property acquired through Foreclosure;

   (vi) all documents and instruments necessary to effect any assignment of mortgage or assignment of deed of trust; and

   (vii) all other comparable instruments.

2. This Limited Power of Attorney shall apply only to the foregoing enumerated transactions and shall be limited to the above-mentioned exercise of power. This instrument is to be construed and interpreted only as a limited power of attorney. The enumeration of specific items, rights, acts, or powers herein is not intended to, nor does it give rise to, and it should not be construed as, a general power of attorney.

3. Third parties without actual notice may rely upon the power granted to said attorney-in-fact under this Limited Power of Attorney and may assume that, upon the exercise of such power, all conditions precedent to such exercise of power have been satisfied and this Limited Power of Attorney has not been revoked. This Limited Power of Attorney shall supersede and replace any other limited power of attorney executed by the Trustee in connection with the Agreements in favor of the Servicer and any such other limited power of attorney shall be deemed revoked by this writing.

4. This Limited Power of Attorney is effective as of the date below and shall remain in full force and effect until (a) revoked in writing by the Trustee, or (b) as to any specific Trust, the termination,

resignation or removal of the Trustee as trustee of such Trust, or (c) as to any specific Trust, the termination, resignation or removal of the Servicer as a servicer of such Trust, or (d) as to any specific Trust, the termination of the Agreement related to such Trust, whichever occurs earlier.

5. Nothing contained in this Limited Power of Attorney shall (i) limit in any manner any indemnification obligation provided by the Servicer to the Trustee or Trust under the Agreements or any document related thereto, or (ii) be construed to grant the Servicer the power to initiate or defend any suit, litigation, or proceeding in the name of the Trustee or Trust except as specifically provided for herein or under the Agreements.

Dated: June 13, 2012

Attest:

By: Cynthia C. Day
Its: Assistant Secretary

Wells Fargo Bank, National Association,
not in its individual or banking capacity, but
solely as Trustee on behalf of the Trust(s)

By: Barry Silvermetz
Its: Vice President

Unofficial Witnesses:

Matthew Shaw

Daniel Williamson

STATE OF MARYLAND
COUNTY OF HOWARD            ss:

On the 13th day of June 2012 before me, Kathleen A. Dean, a Notary in and for said State, personally appeared Barry Silvermetz, known to me to be Vice President of Wells Fargo Bank, National Association, and also known to me to be the person who executed this Limited Power of Attorney on behalf of Wells Fargo Bank, N.A., as Trustee, and acknowledged to me that Wells Fargo Bank, N.A., as Trustee, executed this Limited Power of Attorney.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my office seal the day and year written above.



Notary Public: Kathleen A. Dean
My commission expires 2-6-2013

## EXHIBIT A

1. Option One Mortgage Loan Trust 2003-5, Asset-Backed Certificates, Series 2003-5 4260
2. Option One Mortgage Loan Trust 2003-6, Asset-Backed Certificates, Series 2003-6 4261
3. Asset Backed Securities Corporation Home Equity Loan Trust 2003-HE6, Asset Backed Pass-Through Certificates, Series 2003-HE6 3995
4. Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2003-OPT1 4239
5. Option One Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 4262
6. Option One Woodbridge Loan Trust 2004-1, Asset Backed Certificates, Series 2004-1 4307
7. MASTR Asset Backed Securities Trust 2004-OPT1, Mortgage Pass-Through Certificates, Series 2004-OPT1 4220
8. ABFC 2004-OPT2 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT2 3990
9. Option One Mortgage Loan Trust 2004-2, Asset-Backed Certificates, Series 2004-2 4263
10. ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3 3991
11. Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE3, Asset Backed Pass-Through Certificates, Series 2004-HE3 3994
12. ABFC 2004-OPT4 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT4 3992
13. Option One Mortgage Loan Trust 2004-3, Asset-Backed Certificates, Series 2004-3 4285
14. MASTR Asset Backed Securities Trust 2004-OPT2, Mortgage Pass-Through Certificates, Series 2004-OPT2 4221
15. ABFC 2004-OPT5 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT5 3993
16. Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2004-OPT1 4240
17. MASTR Asset Backed Securities Trust 2005-OPT1, Mortgage Pass-Through Certificates, Series 2005-OPT1 4222
18. Citigroup Mortgage Loan Trust, Series 2004-OPT1, Asset Backed Pass-Through Certificates, Series 2004-OPT1 4149
19. Securitized Asset Backed Receivables LLC Trust 2004-OP2, Mortgage Pass-Through Certificates, Series 2004-OP2 4320
20. Morgan Stanley ABS Capital I Inc. Trust 2004-OP1, Mortgage Pass Through Certificates, Series 2004-OP1 4248
21. Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 4267
22. Option One Mortgage Loan Trust 2005-3, Asset-Backed Certificates, Series 2005-3 4268
23. Asset Backed Securities Corporation Home Equity Loan Trust, Series OOMC 2005-HE6, Asset Backed Pass-Through Certificates, Series OOMC 2005-HE6 3995
24. Citigroup Mortgage Loan Trust, Series 2005-OPT4, Asset Backed Pass-Through Certificates, Series 2005-OPT4 4150
25. Option One Mortgage Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4 4269
26. ABFC 2005-OPT1 Trust, ABFC Asset-Backed Certificates, Series 2005-OPT1 3996
27. Option One Mortgage Loan Trust 2005-5, Asset-Backed Certificates, Series 2005-5 4270
28. Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 4291
29. Securitized Asset Backed Receivables LLC Trust 2006-OP1, Mortgage Pass Through Certificates, Series 2006-OP1 4323
30. Carrington Mortgage Loan Trust, Series 2006-OPT1, Asset-Backed Pass-Through Certificates, Series 2006-OPT1 4195
31. Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 4292
32. ABFC 2006-OPT1 Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-OPT1 3998

1

33. ABFC 2006-OPT2 Trust, Asset Backed Funding Corporation Asset Backed Certificates, Series 2006-OPT2 — 3489
34. ABFC 2006-OPT3 Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-OPT3 — 3990
35. Option One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1 — 4294
36. Option One Mortgage Loan Trust 2007-FXD1, Asset-Backed Certificates, Series 2007-FXD1
37. Structured Asset Securities Corporation Mortgage Loan Trust 2007-BC1, Mortgage Pass Through Certificates, Series 2007-BC1 — 4360
38. Option One Mortgage Loan Trust 2007-CP1, Asset-Backed Certificates, Series 2007-CP1 — 4300
39. Option One Mortgage Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 — 4295
40. Option One Mortgage Loan Trust 2007-FXD2, Asset-Backed Certificates, Series 2007-FXD2 — 4301
41. Option One Mortgage Loan Trust 2007-3, Asset-Backed Certificates, Series 2007-3 — 4296
42. Option One Mortgage Loan Trust 2007-4, Asset-Backed Certificates, Series 2007-4 — 4297
43. Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 — 4400
44. Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 — 4299
45. Soundview Home Loan Trust 2007-OPT2, Asset-Backed Certificates, Series 2007-OPT2 — 4403
46. Soundview Home Loan Trust 2007-OPT3, Asset-Backed Certificates, Series 2007-OPT3 — 4404
47. Soundview Home Loan Trust 2007-OPT4, Asset-Backed Certificates, Series 2007-OPT4 — 4405
48. Soundview Home Loan Trust 2007-OPT5, Asset-Backed Certificates, Series 2007-OPT5 — 4406
49. Option One Mortgage Loan Trust 1999-A, Asset-Backed Certificates, Series 1999-A — 4255
50. Option One Mortgage Loan Trust 1999-B, Asset-Backed Certificates, Series 1999-B — 4256
51. Structured Asset Securities Corporation, SASCO Mortgage Loan Trust 1999-BC4, Mortgage Pass-Through Certificates, Series 1999-BC4 — 4356
52. Option One Mortgage Loan Trust 1999-C, Asset-Backed Certificates, Series 1999-C — 4257
53. Option One Mortgage Loan Trust 2000-A, Asset-Backed Certificates, Series 2000-A — 4260
54. Option One Mortgage Loan Trust 2000-1, Asset-Backed Certificates, Series 2000-1 — 4258
55. Option One Mortgage Loan Trust 2000-B, Asset-Backed Certificates, Series 2000-B — 4261
56. Option One Mortgage Loan Trust 2000-C, Asset-Backed Certificates, Series 2000-C — 4262
57. Option One Mortgage Loan Trust 2000-5, Asset-Backed Certificates, Series 2000-5 — 4259
58. Option One Mortgage Loan Trust 2000-D, Asset-Backed Certificates, Series 2000-D — 4263
59. Option One Mortgage Loan Trust 2001-A, Asset-Backed Certificates, Series 2001-A — 4265
60. MESA Trust 2001-2, Asset Backed Certificates, Series 2001-2 — 4231
61. First Franklin Mortgage Loan Trust 2001-FF1, Asset-Backed Certificates, Series 2001-FF1 — 4172
62. Option One Mortgage Loan Trust 2001-B, Asset-Backed Certificates, Series 2001-B — 4266
63. Asset Backed Securities Corporation Home Equity Loan Trust 2001-HE3, Asset Backed Pass-Through Certificates, Series 2001-HE3 — 3992
64. Option One Mortgage Loan Trust 2001-D, Asset-Backed Certificates, Series 2001-D — 4268
65. Option One Mortgage Loan Trust 2001-4, Asset-Backed Certificates, Series 2001-4 — 4264
66. First Franklin Mortgage Loan Trust 2001-FF2, Asset-Backed Certificates, Series 2001-FF2 — 4173
67. MESA Trust 2001-5, Asset Backed Certificates, Series 2001-5 — 4232
68. Option One Mortgage Loan Trust 2002-1, Asset-Backed Certificates, Series 2002-1 — 4269
69. Option One Mortgage Loan Trust 2002-A, Asset-Backed Certificates, Series 2002-A — 4275
70. Option One Mortgage Loan Trust 2002-3, Asset-Backed Certificates, Series 2002-3 — 4270
71. Option One Woodbridge Loan Trust 2002-1, Asset Backed Certificates, Series 2002-1 — 4303
72. Option One Mortgage Loan Trust 2002-4, Asset-Backed Certificates, Series 2002-4 — 4272
73. Option One Woodbridge Loan Trust 2002-2, Asset Backed Certificates, Series 2002-2 — 4304
74. Morgan Stanley Dean Witter Capital I Inc. Trust 2002-OP1, Mortgage Pass-Through — 4246

2

Case: 12-42114   Doc# 18   Filed: 10/09/13   Entered: 10/09/13 12:16:23   Page 5 of 7

Certificates, Series 2002-OP1
75. Option One Mortgage Loan Trust 2002-6, Asset-Backed Certificates, Series 2002-6
76. Option One Mortgage Loan Trust 2003-1, Asset-Backed Certificates, Series 2003-1
77. MASTR Asset Backed Securities Trust 2003-OPT1, Mortgage Pass-Through Certificates, Series 2003-OPT1
78. Option One Woodbridge Loan Trust 2003-1, Asset Backed Certificates, Series 2003-1
79. Option One Mortgage Loan Trust 2003-2, Asset-Backed Certificates, Series 2003-2
80. Option One Mortgage Loan Trust 2003-3, Asset-Backed Certificates, Series 2003-3
81. Option One Woodbridge Loan Trust 2003-2, Asset Backed Certificates, Series 2003-2
82. GSAMP Trust 2003-HE2, Mortgage Pass Through Certificates, Series 2003-HE2
83. Salomon Brothers Mortgage Securities VII, Inc., Asset-Backed Certificates, Series 1997-LB6
84. Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC12
85. ABFC 2004-OPT1 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT1
86. SABR Trust 2004 OP1 Mortgage Pass Through Certificates, Series 2004 OP1
87. Option One Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1
88. Option One Mortgage Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1
89. Amortizing Residential Collateral Trust, Mortgage Pass-Through Certificates, Series 2002-BC8
90. Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC4
91. Securitized Asset Backed Receivables LLC Trust 2005-OP1 Mortgage Pass-Through Certificates, Series 2005-OP1
92. Securitized Asset Backed Receivables LLC Trust 2005 OP2 Mortgage Pass Through Certificates, Series 2005 OP2
93. Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-OPT1
94. Option One Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3
95. Option One Mortgage Loan Trust 2007-5, Asset-Backed Certificates, Series 2007-5
96. Asset Backed Securities Corporation Home Equity Loan Trust 2001-HE1, Asset Backed Pass-Through Certificates, Series 2001-HE1
97. Option One Mortgage Loan Trust 2001-C, Asset-Backed Certificates, Series 2001-C
98. Option One Mortgage Loan Trust 2002-2, Asset-Backed Certificates, Series 2002-2
99. First Franklin Mortgage Loan Trust 2002-FF1, Asset-Backed Certificates, Series 2002-FF1
100. Option One Mortgage Loan Trust 2002-5, Asset-Backed Certificates, Series 2002
101. ABFC 2002-OPT1 Trust, ABFC Asset-Backed Certificates, Series 2002-OPT1
102. MASTR Asset Backed Securities Trust 2002-OPT1, Mortgage Pass-Through Certificates, Series 2002-OPT1
103. MASTR Asset Backed Securities Trust 2003-OPT2, Mortgage Pass-Through Certificates, Series 2003-OPT2
104. Option One Mortgage Loan Trust 2003-4, Asset-Backed Certificates, Series 2003-4
105. Salomon Brothers Mortgage Securities VII, Inc., Asset-Backed Certificates, Series 1998-AQ1
106. American Home Mortgage Investment Trust 2004-1, Mortgage-Backed Notes, Series 2004-1
107. American Home Mortgage Investment Trust 2004-2, Mortgage-Backed Notes, Series 2004-2
108. ABFC Asset-Backed Certificates, Series 2003-OPT1

3

Case: 12-42114   Doc# 18   Filed: 10/09/13   Entered: 10/09/13 12:16:23   Page 6 of 7

109. Amortizing Residential Collateral Trust, Mortgage Pass-Through Certificates, Series 2002-BC9